DAVID J. MICLEAN (SBN 115098)
dmiclean@micleangleason.com
MICLEAN GLEASON LLP
1301 Shoreway Road, Suite 290
Belmont, CA  94002
Telephone: (650) 684-1181

SHAWN J. KOLITCH (*Pro Hac Vice Pending*)
E-mail: shawn@kolitchromano.com
Oregon State Bar No. 063980
KOLITCH ROMANO LLP
520 SW Yamhill Street, Suite 200
Portland, OR 97204
Telephone: (503) 994-1650
Facsimile: (971) 279-4549

Attorneys for Plaintiff
FUTURE MOTION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUTURE MOTION, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JW BATTERIES LLC, a Texas Company,<br><br>    Defendant. | Case No. 3:21-cv-06771-EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

     Pursuant to Civil Local Rule 6-1(a), the parties, by and through their respective counsel, stipulate to extend until October 25, 2021 the time for Defendant to respond to Plaintiff's complaint.  This extension will not alter the date of any event or any deadline

1

already fixed by Court order. Eric Tautfest of the firm Gray Reed & McGraw contacted Plaintiff's counsel and stated his firm will represent Defendant JW Batteries, but has not yet filed an appearance or pro hac vice application.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant will have until October 25, 2021 to respond to Plaintiff's complaint.

**SO STIPULATED.**

Dated:  September  22, 2021                     Respectfully Submitted,
                                                MICLEAN GLEASON LLP


                                                By:   /s/ David J. Miclean
                                                     David J. Miclean
                                                     Attorneys for Plaintiff Future Motion, Inc.

Dated: September  22, 2021                      Respectfully Submitted,
                                                KOLITCH ROMANO LLP


                                                By:   /s/ Shawn J. Kolitch
                                                     Shawn J. Kolitch (*pro hac vice*)
                                                     Attorneys for Plaintiff Future Motion, Inc.

Dated: September 22, 2021                       Respectfully Submitted,
                                                GRAY REED & MCGRAW LLP


                                                By:   /s/ Eric Tautfest
                                                     Eric Tautfest
                                                     etautfest@grayreed.com
                                                     GRAY REED & MCGRAW LLP
                                                     1601 Elm Street, Suite 4600
                                                     Dallas, TX 75201
                                                     (469) 320-6180
                                                     Attorneys for Defendant JW Batteries LLC