DAVID J. MICLEAN (SBN 115098)
dmiclean@micleangleason.com
MICLEAN GLEASON LLP
1301 Shoreway Road, Suite 290
Belmont, CA 94002
Telephone: (650) 684-1181

SHAWN J. KOLITCH (*Pro Hac Vice Pending*)
E-mail: shawn@kolitchromano.com
Oregon State Bar No. 063980
KOLITCH ROMANO LLP
520 SW Yamhill Street, Suite 200
Portland, OR 97204
Telephone: (503) 994-1650
Facsimile: (971) 279-4549

Attorneys for Plaintiff
FUTURE MOTION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUTURE MOTION, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JW BATTERIES LLC, a Texas Company,<br><br>　　　　　Defendant. | Case No. 3:21-cv-06771-EMC<br><br>**STIPULATION REGARDING TIMEFRAME FOR JURISDICTIONAL DISCOVERY AND SUPPLEMENTAL BRIEFING ON THE ISSUE OF PERSONAL JURISDICTION** |

On December 14, 2021, the Court issued an Order (ECF No. 30) granting Plaintiff's motion for leave to conduct jurisdictional discovery (ECF No. 24) and deferring a ruling on Defendant's motion to dismiss (ECF No. 16). The Court also ordered the parties to

promptly meet and confer regarding (1) a timeframe for Plaintiff to take jurisdictional discovery and (2) a timeframe for the parties to file supplemental briefs regarding the issue of personal jurisdiction, once jurisdictional discovery is complete. The Court instructed the parties to file a stipulation on these matters by December 28, 2021. The parties met and conferred on December 15, 2021 and reached the following agreement on the matters indicated by the Court.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that:

(1)  Defendant shall serve written responses and documents responsive to Plaintiff's jurisdictional discovery requests no later than January 15, 2021;

(2)  Jurisdictional discovery shall be completed by January 31, 2021, including a 30(b)(6) deposition if Future Motion should elect to conduct such a deposition after reviewing documents and written responses produced by Defendant;

(3)  Plaintiff shall file a supplemental brief regarding the issue of personal jurisdiction, not to exceed 15 pages in length, no later than February 14, 2021; and

(4)  Defendant shall file a responsive supplemental brief regarding the issue of personal jurisdiction, also not to exceed 15 pages in length, no later than February 28, 2021.

**SO STIPULATED.**

//

//

//

//

Dated:  December 27, 2021                Respectfully Submitted,

                                                MICLEAN GLEASON LLP


By:   /s/ David J. Miclean
      David J. Miclean
      Attorneys for Plaintiff Future Motion, Inc.

Dated:  December 27, 2021                Respectfully Submitted,
                                                KOLITCH ROMANO LLP


By:   /s/ Shawn J. Kolitch
      Shawn J. Kolitch (*pro hac vice*)
      Attorneys for Plaintiff Future Motion, Inc.

Dated:  December 27, 2021                Respectfully Submitted,
                                                GRAY REED & MCGRAW LLP


By:   /s/ Eric Tautfest
      Eric Tautfest
      etautfest@grayreed.com
      GRAY REED & MCGRAW LLP
      1601 Elm Street, Suite 4600
      Dallas, TX 75201
      (469) 320-6180
      Attorneys for Defendant JW Batteries LLC