DAVID J. MICLEAN (SBN 115098)
dmiclean@micleangleason.com
MICLEAN GLEASON LLP
1301 Shoreway Road, Suite 290
Belmont, CA 94002
Telephone: (650) 684-1181

SHAWN J. KOLITCH (*Pro Hac Vice Pending*)
E-mail: shawn@kolitchromano.com
Oregon State Bar No. 063980
KOLITCH ROMANO LLP
520 SW Yamhill Street, Suite 200
Portland, OR 97204
Telephone: (503) 994-1650
Facsimile: (971) 279-4549

Attorneys for Plaintiff
FUTURE MOTION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUTURE MOTION, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JW BATTERIES LLC, a Texas Company,<br><br>Defendant. | Case No. 3:21-cv-06771-EMC<br><br>**SECOND STIPULATION REGARDING JURISDICTIONAL DISCOVERY AND SUPPLEMENTAL BRIEFING ON THE ISSUE OF PERSONAL JURISDICTION** |

On December 14, 2021, the Court issued an Order (ECF No. 30) granting Plaintiff's motion for leave to conduct jurisdictional discovery (ECF No. 24) and deferring a ruling on Defendant's motion to dismiss (ECF No. 16). The Court also ordered the parties to file

a stipulation regarding the timeframe for jurisdictional discovery and supplemental briefing on personal jurisdiction by December 28, 2021. On December 27, 2021, the parties filed a stipulation calling for jurisdictional discovery to be completed by January 31, 2021, for Plaintiff to file a supplemental brief regarding the issue of personal jurisdiction no later than February 14, 2021, and for Defendant to file a responsive supplemental brief no later than February 28, 2021 (ECF No. 31).

Subsequently, based on information uncovered during Plaintiff's 30(b)(6) deposition of Defendant on January 25, 2022, a dispute arose between the parties concerning document production by Defendant. As of February 14, 2022, the parties believe they have resolved this dispute. However, Defendant now plans to produce additional documents relevant to the issue of personal jurisdiction this week. Accordingly, the parties have agreed to extend the date for Plaintiff to file its supplemental brief on the issue of personal jurisdiction by one week, and respectfully request that the Court accept and enter their new proposed briefing schedule as follows. The changes do not affect the completion date for the parties' supplemental briefing, which will remain February 28, 2022.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that:

(1)   Defendant shall produce its tickets including the user-submitted name, email, phone number, and message along with full text of the subsequent back-and-forth maintained in its ticketing system and sales data including customer names, no later than February 16, 2022;

(2)     Plaintiff shall file a supplemental brief regarding the issue of personal jurisdiction, not to exceed 15 pages in length, no later than February 21, 2022; and

(3)     Defendant shall file a responsive supplemental brief regarding the issue of personal jurisdiction, also not to exceed 15 pages in length, no later than February 28, 2022.

**SO STIPULATED.**

Dated:  February 14, 2022            Respectfully Submitted,
                                     MICLEAN GLEASON LLP


                                     By:   /s/ David J. Miclean
                                           David J. Miclean
                                           Attorneys for Plaintiff Future Motion, Inc.

Dated: February 14, 2022             Respectfully Submitted,
                                     KOLITCH ROMANO LLP


                                     By:   /s/ Shawn J. Kolitch
                                           Shawn J. Kolitch (*pro hac vice*)
                                           Attorneys for Plaintiff Future Motion, Inc.

Dated: February 14, 2022             Respectfully Submitted,
                                     GRAY REED & MCGRAW LLP


                                     By:   /s/ Eric Tautfest
                                           Eric Tautfest
                                           etautfest@grayreed.com
                                           GRAY REED & MCGRAW LLP
                                           1601 Elm Street, Suite 4600
                                           Dallas, TX 75201
                                           (469) 320-6180
                                           Attorneys for Defendant JW Batteries LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
February 15, 2022
APPROVED
Judge Edward M. Chen